UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>  Plaintiff,<br><br>vs.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>  Defendant. | Case No.  3:14-CV-01866-JSC<br><br>**ORDER GRANTING TWO-WEEK CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 16-9]<br><br>Hon. Jacqueline Scott Corey<br><br>Old Date:     January 29, 2015<br>New Date:   February 12, 2015<br>Time:           1:30 p.m.<br>Place:   Courtroom F. 15th Floor |

The Court has reviewed the parties' Supplemental Joint Case Management Conference Statement and Request for Continuance of Case Management Conference. The case management conference scheduled for January 29, 2015 is CONTINUED to February 12, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: ~~August 25, 2014~~
         1/26/2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge