UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>Defendant. | Case No. 3:14-CV-01866-JSC<br><br>**ORDER GRANTING FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil Local Rule 16-9]<br><br>Hon. Jacqueline Scott Corey<br><br>Current Date:   February 12, 2015<br>New Date:        March 19, 2015<br>Time:                1:30 p.m.<br>Place:   Courtroom F. 15th Floor |

The Court has reviewed the parties' Request for Further Continuance of Case Management Conference. The case management conference scheduled for February 12, 2015 is CONTINUED to March 19, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

346713.1

4:14-CV-01866-JSC

ORDER GRANTING FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE