UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Plaintiff,<br><br>   v.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>        Defendant. | Case No.  14-cv-01866-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff San Francisco Bay Area Rapid Transit District ("Plaintiff") brings this action for breach of contract, breach of the covenant of good faith and fair dealing, and declaratory relief against Defendant General Reinsurance Corporation ("Defendant").  (*See* Dkt. No. 1-1.)  The parties appeared in court for a Case Management Conference ("CMC") on March 19, 2015.  Prior to the CMC, the parties jointly filed a Stipulation of Issues, Evidence, and Trial ("Stipulation"), in which, among other things, the parties agreed that this case should be tried to two phases.  (Dkt. No. 28-1.)  Upon consideration of the Stipulation and the parties' representations at the CMC, it is hereby ORDERED that this case will be tried in two phases, as set forth in the parties' Stipulation.  The parties shall submit opening briefs on Phase One by April 16, 2015, and responses by April 30, 2014.  The Court will hear oral argument on the Phase One issues on May 21, 2015 at 2:00 p.m. in Courtroom F, 15th Floor.  The Court will set deadlines for Phase Two issues if necessary at the conclusion of Phase One.

    **IT IS SO ORDERED.**

Dated: March 19, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge