United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>    Defendant. | Case No.  14-cv-01866-JSC<br><br>**PHASE II TRIAL SCHEDULE**<br><br>Re: Dkt. No. 44 |

Upon review of the parties' proposed schedule (Dkt. No. 44), it is hereby ordered that:

| | |
|---|---|
| Exchange of expert reports pursuant to Fed.R.Civ.P. 26(a)(2).1: | Oct. 16, 2015 |
| Completion of expert depositions: | Nov. 16, 2015 |
| Phase Two trial briefs due: | Dec. 21, 2015 |
| Phase Two trial: | Feb. 1, 2016 |

**IT IS SO ORDERED.**

Dated: July 9, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge